UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMELIA BYRNES BRAZIL,<br><br>    Plaintiff,<br><br>    v.<br><br>OFFICE OF PERSONNEL MANAGEMENT,<br><br>    Defendant. | Case No.  12-cv-02898-WHO<br><br>**ORDER ON JOINT STIPULATION TO FILE AMENDED COMPLAINT AND TO CONTINUE DATES**<br><br>Re: Dkt. Nos. 40, 43 |

The parties submitted a Joint Stipulation to File Amended Complaint and to Continue Dates. Having reviewed the stipulation, the Court ORDERS the following:

1. Plaintiff's request to file the First Amended Complaint, lodged with the Court, is GRANTED.

2. The First Amended Complaint is deemed filed as of the date of this Order.

3. In accordance with Civil Local Rule 16-5 (Procedure in Actions for Review on an Administrative Record), Defendant shall serve and file an answer within 90 days of receipt of service of the summons and complaint.

4. As Defendant previously filed the administrative record in this matter, Defendant is not required to re-file the administrative record with its answer to the First Amended Complaint.

5. The briefing dates in the March 4, 2013, order (Dkt. No. 34) are continued as follows:

| | Current date | New date |
|---|---|---|
| Plaintiff to file opening motion: | 6/25/13 | 10/22/13 |

| | | |
|---|---|---|
| Defendant to file opposition and cross-motion: | 7/9/13 | 11/5/13 |
| Plaintiff to file reply: | 7/23/13 | 11/19/13 |
| Defendant to file sur-reply: | 8/6/13 | 12/6/13 |
| Hearing to be held: | 8/20/13 | 1/8/14 at 2:00 pm |

**IT IS SO ORDERED.**

Dated:

WILLIAM H. ORRICK
United States District Judge