Lisa S. Kantor, Esq. State Bar No. 110678
 e-mail: lkantor@kantorlaw.net
Elizabeth K. Green, Esq. State Bar No. 199634
 e-mail: egreen@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone:  (818) 886-2525
Facsimile:   (818) 350-6272

Attorneys for Plaintiff,
AMELIA BYRNES-BRAZIL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMELIA BYRNES BRAZIL,<br><br>              Plaintiff,<br><br>     v.<br><br>OFFICE OF PERSONNEL MANAGEMENT,<br><br>              Defendant. | Case No.:   C 12-02898-WHO<br><br>**ORDER ON STIPULATION TO CONTINUE DATES**<br><br><br>Complaint filed:  June 4, 2012 |

    IT IS HEREBY STIPULATED by and between Plaintiff, Amelia Byrnes Brazil, by and through her attorneys of record, Kantor & Kantor LLP, and Office of Personnel Management by and through its attorneys of record, to continue the briefing dates.

    The parties' stipulation to continue the briefing dates in the Court's July 16, 2013 order as follows:

|   | Current date | New date |
|---|---|---|
| Plaintiff to file opening motion: | 10/22/13 | 10/28/13 |
| Defendant to file opposition and cross-motion: | 11/5/13 | 11/18/13 |
| Plaintiff to file reply: | 11/19/13 | 12/2/13 |
| Defendant to file sur-reply: | 12/6/13 | 12/16/13 |

IT IS HEREBY ORDERED.

DATED: October 11, 2013          BY: _____
                                     Honorable William H. Orrick
                                     United States District Court Judge

KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525